443 A.2d 379

Commonwealth v. Brown, Appellant.

Petition for Allowance of Appeal Denied June 11, 1982.

Submitted September 11, 1980. John W. Packel, Chief, Appeals, Assistant Public Defender, for appellant; Gaele McLaughlin Barthold, Assistant District Attorney, for Commonwealth, appellee.

Before BROSKY, WATKINS and MONTGOMERY, JJ.

Judgment of sentence affirmed.

MONTGOMERY, J., concurred in the result.